Strafford
No. 7872

DAVID A. WILSON
AND
MARCIA A. WILSON

v.

MELVIN E. CAME

December 16, 1977

*Burns, Bryant, Hinchey, Cox & Shea,* of Dover, by brief, for the plaintiffs.

*Fisher, Parsons, Moran & Temple,* of Dover, by brief, for the defendants.

### MEMORANDUM OPINION

Trial for assessment of damages, in accordance with a remand from this court, before *Mullavey,* J., resulting in a verdict for the plaintiffs in the amount of $2,500. *See Wilson v. Came,* 116 N.H. 628, 366 A.2d 474 (1976). Defendant appeals.

A review of the record reveals ample evidence to support the findings made and the verdict entered by the court and they must therefore stand. *New Bradford Co., Inc. v. Meunier,* 117 N.H. 774, 378 A.2d 748 (1977).

*Exceptions overruled.*